1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOUISE PARTH, individually and on
behalf of all others similarly situated,

             Plaintiff,

      vs.

POMONA VALLEY HOSPITAL
MEDICAL CENTER,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 06-04703 MMM (FFMx)

JUDGMENT FOR DEFENDANT

On November 5, 2007, the court held a hearing on a motion for summary judgment filed by defendant Pomona Valley Hospital Medical Center (PVHMC).  Having reviewed the briefs submitted by the parties and heard oral argument, the court granted defendant's motion for summary judgment on December 5, 2007.  Accordingly,

      IT IS ORDERED AND ADJUDGED

          1.   That plaintiff Louise Parth takes nothing by way of her complaint against

1  defendant PVHMC; and

2          2.  That the action be, and it hereby is, dismissed.

3

4

   DATED: December 31, 2007
5                                                _____
                                                 MARGARET M. MORROW
6                                                UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2